## UNITED STATES of America, Respondent-Appellee, v. Julius ROSENBERG and Ethel Rosenberg, Petitioners-Appellants.

No. 290, Docket 22759.

United States Court of Appeals
Second Circuit.

Argued June 5, 1953.

Decided June 5, 1953.

See also 204 F.2d 688.

Emanuel H. Bloch, John F. Finerty, New York City, for appellants.

J. Edward Lumbard, Jr., U. S. Atty., New York City, for appellee.

Before SWAN, Chief Judge, and AUGUSTUS N. HAND and CHASE, Circuit Judges.

No. 291, Docket 22760.

United States Court of Appeals
Second Circuit.

Argued June 9, 1953.

Decided June 11, 1953.

See also 200 F.2d 666; 204 F.2d 688.

Emanuel H. Bloch, New York City, and Professor Malcolm Sharp, for appellants.

J. Edward Lumbard, Jr., U. S. Atty., New York City, James B. Kilsheimer III and Robert Martin, Asst. U. S. Attys., of counsel, for appellee.

Before SWAN, Chief Judge, and AUGUSTUS N. HAND and FRANK, Circuit Judges.

PER CURIAM.

Having examined the record we are satisfied that the trial judge committed no error of law and made findings of fact which the evidence amply supports. See United States v. Johnson, 327 U. S. 106, 66 S. Ct. 464, 90 L.Ed. 562; United States v. On Lee, 2 Cir., 201 F.2d 722. The order is affirmed. The motion for stay of execution is denied.